# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENS-PETER ENGELUND, *et al.*, | No. 4:20-CV-00604 |
| Petitioners, | (Judge Brann) |
| v. | |
| WARDEN CLAIR DOLL, *et al.*, | |
| Respondents. | |

## ORDER

### APRIL 24, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioners' motion for a temporary restraining order (Doc. 2) is **DENIED**;

2. Simona Flores-Lund, Matthew T. Albence, Chad Wolf, and Immigration and Customs Enforcement are **DISMISSED** from this action;

3. Counsel for Respondents **SHALL** provide a copy of this Order to Respondents Clair Doll and Craig Lowe; and

4. Pike County Correctional Facility and York County Prison **SHALL** ensure strict compliance among all employees, vendors, and detainees

with the facilities' current COVID-19 guidelines, including ensuring that:

    A.    All detainees are provided a steady, timely, and sufficient supply of soap and disinfectant products;

    B.    All reasonable efforts are taken to create social distancing among the detainees;

    C.    All high-traffic and high-contact areas are frequently cleaned and sanitized;

    D.    All staff, vendors, and detainees are provided a sufficient number of protective masks so as to help prevent the spread of COVID-19; and

    E.    All detainees are provided prompt and adequate medical attention, particularly as related to any possible COVID-19 symptoms.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge