# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENS-PETER ENGELUND, *et al.*, | No. 4:20-CV-00604 |
| Petitioners, | (Judge Brann) |
| v. | |
| WARDEN CLAIR DOLL, *et al.*, | |
| Respondents. | |

## ORDER

### JULY 14, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioners' motion to dismiss (Doc. 37) is **GRANTED**;

2. Petitioners' 28 U.S.C. § 2241 petition is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge